**UNITED STATES of America,
Appellee,**

v.

**Jeffery James GODEL, Appellant.**

**No. 10–1714.**

United States Court of Appeals,
Eighth Circuit.

Submitted: July 22, 2010.

Filed: July 23, 2010.

Matt R. Molsen, Assistant U.S. Attorney, U.S. Attorney's Office, Lincoln, NE, for Appellee.

Stanton N. Beeder, Cline & Williams, Lincoln, NE, for Appellant.

Jeffery James Godel, Texarkana, TX, pro se.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

PER CURIAM.

Jeffery Godel was sentenced in 2008 to 151 months in prison. The district court[1] later granted the government's Federal Rule of Criminal Procedure 35(b) motion based on Godel's substantial assistance, and reduced his sentence to 90 months. Godel appeals. Upon careful review, we conclude that we lack jurisdiction to hear his appeal. *See United States v. Haskins,* 479 F.3d 955, 957 (8th Cir.2007) (per curiam) (jurisdiction over appeal of Rule 35(b) sentence is governed by 18 U.S.C. § 3742(a); although defendant framed issue as sentence's overall reasonableness, he was appealing ruling on motion to reduce sentence, and court lacked jurisdiction because he did not satisfy § 3742(a) criteria). Accordingly, we grant counsel leave to withdraw and we dismiss this appeal.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.